■ RAYMOND H. SHARP, Respondent, v. CITY OF HORNELL et al., Appellants. — Motion granted to extend appellants' time for filing and serving records and

briefs to October 20, 1960. Respondent's brief must be filed on or before November 17, 1960 if appeal is to be argued at November 1960 Term; otherwise motion denied; see rule V-a of the rules of this court.